.

| | | |
|---|---|---|
| JENNIFER MCGARRITY LAMBERT<br>MICHAEL WAYNE LAMBERT<br>744 PARKWOOD DR, B<br>LONG BEACH, MS 39560 | CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | NAVIENT<br>ATTN: BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE, PA 18773 |
| ALLY FINANCIAL, INC<br>ATTN: BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON, IL 55438 | DISCOVER PERSONAL LOANS<br>ATTN: BANKRUPTCY<br>PO BOX 30954<br>SALT LAKE CITY, UT 30954 | RAPIDS REGIONAL MEDICA<br>211 4TH ST<br>ALEXANDRIA, LA 71301 |
| AMEX<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 981535<br>EL PASO, TX 79998 | GENESIS FS CARD SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | SECURITY SERVICE FCU<br>ATTN: RISK MANAGEMENT<br>16211 LA CANTERA PKWY<br>STE. 130<br>SAN ANTONIO, TX 78256 |
| BARCLAYS BANK DELAWARE<br>ATTN: BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON, DE 19899 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SYNCB/OLD NAVY<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| BEST EGG<br>ATTN: BANKRUPTCY<br>PO BOX 42912<br>PHILADELPHIA, PA 19101 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| BEYOND THERAPY<br>1423 MAGNOLIA ST D<br>GULFPORT, MS 39507 | JPMCB<br>MAILCODE LA4-7100<br>700 KANSAS LANE<br>MONROE, LA 71203 | SYNCHRONY BANK/SAMS<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | KOHL'S<br>ATTN: CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE, WI 53201 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| CITIBANK<br>CITICORP CR SRVS/CENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS, MO 63179 | MERRICK BANK CORP<br>BANKRUPTCY<br>OLD BETHPAGE, NY 11804 | UTAH STATE TAX COMMISS<br>210 N 1950 W<br>SALT LAKE CITY, UT 8413 |

```
WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A 3RD FLOOR
DES MOINES, IA 50328
```