United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-50559-KMS

Jennifer Mcgarrity Lambert                                                       Chapter 7

Michael Wayne Lambert

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                          Page 1 of 1

Date Rcvd: Apr 17, 2025                 Form ID: def                                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

**Recip ID**             **Recipient Name and Address**
db/jdb                +  Jennifer Mcgarrity Lambert, Michael Wayne Lambert, 744 Parkwood Dr, B, Long Beach, MS 39560-3850

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Thomas Carl Rollins, Jr

        on behalf of Joint Debtor Michael Wayne Lambert trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

        on behalf of Debtor Jennifer Mcgarrity Lambert trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

mssb−defntc (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

In re:                                          Case No.:  25−50559−KMS
                                                Chapter:  7

Jennifer Mcgarrity Lambert          Michael Wayne Lambert
aka Jennifer M Lambert              aka Michael W Lambert
744 Parkwood Dr, B                  744 Parkwood Dr, B
Long Beach, MS 39560                Long Beach, MS 39560

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5817                          xxx−xx−3552

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A−1 due 05/01/2025
Aty Disclosure Stmt. due 05/01/2025
Means Test Calculation 122A−2 due 05/01/2025
Sum. of Assets and Liabilities due 05/01/2025
Schedules A−J2 due 05/01/2025
Stmt. of Fin. Affairs due 05/01/2025

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy
Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be
dismissed without further notice or hearing.

**Dated:** 4/17/25                       Danny L. Miller, Clerk of Court
                                          Dan M. Russell, Jr. U.S. Courthouse
                                          2012 15th Street, Suite 244
                                          Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors.
Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed,
the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing
should be filed simultaneously with the schedules.