

P.O. Box 691510
San Antonio, Texas 78269-1510

US POSTAGE IMI $00.26⁸
MAY 06 2025
ZIP 78217
0801 1052444

FIRST-CLASS

Return Service Requested

SCREENED BY US MARSHALS

Dan M. Russell, Jr. U.S. Courthouse
Clerk's Office
2012 15th Street, Suite 244
Gulfport, MS 39501

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
MAY 15 2025
By: _____
Danny L. Miller, Clerk of Court
, Deputy Clerk

REQUESTED

PRESORT
FIRST C

