# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    JENNIFER MCGARRITY LAMBERT             CASE NO. 25-50559-KMS
    MICHAEL WAYNE LAMBERT,

        DEBTORS.                                                       CHAPTER 7

| To: | Security Service Federal Credit Union<br>Attn: Sandra De La Garza<br>P.O. Box 691510<br>San Antonio, TX 78269-1510 | Security Service Federal Credit Union<br>Attn: Sandra De La Garza<br>15000 I-10 W<br>San Antonio, TX 78249 |
|---|---|---|

## Notice of Deficiency

The *Cover Sheet for Reaffirmation Agreement* ("Cover Sheet") and *Reaffirmation Documents* ("Agreement") (Dkt. #15) between Michael Wayne Lambert ("Joint Debtor") and Security Service Federal Credit Union ("Creditor") filed on May 15, 2025 are defective for the following reason:

- <u>Cover Sheet</u>: No "wet ink" ("original") signature for Sandra Delagarza, Creditor's representative.

- <u>Agreement</u>: No original signatures from the Joint Debtor, Creditor's representative and the debtor's attorney.

A paper document submitted for filing must have the original signatures of all individuals executing the document. Therefore, the Creditor must file an Amended Cover Sheet and Agreement providing the original signatures for all individuals who executed the documents.

Failure to comply with this Notice **on or before May 30, 2025**, may result in a Show Cause Hearing to determine why the Court should not strike the Agreement.

Date:  May 16, 2025                                     Danny L. Miller
                                                                  *Clerk of Court*

                                                     By:  <u>/s/Alexis Bradley</u>
                                                                Dan M. Russell, Jr. U. S. Courthouse
                                                                2012 15th Street, Suite 244
                                                                Gulfport, MS 39501
                                                                228-563-1790