United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50559-KMS
Jennifer Mcgarrity Lambert Chapter 7
Michael Wayne Lambert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: May 16, 2025     Form ID: pdf012     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Mcgarrity Lambert, Michael Wayne Lambert, 744 Parkwood Dr, B, Long Beach, MS 39560-3850 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ARPacerRequest@ssfcu.org | May 16 2025 19:35:00 | Security Service Federal Credit Union, P.O. Box 691510, San Antonio, TX 78269-1510 |
| | Email/Text: ARPacerRequest@ssfcu.org | May 16 2025 19:35:00 | Security Service Federal Credit Union, Attn: Sandra De La Garza, P.O. Box 691510, San Antonio, TX 78269-1510 |
| | Email/Text: ARPacerRequest@ssfcu.org | May 16 2025 19:35:00 | Security Service Federal Credit Union, Attn: Sandra De La Garza, 15000 I-10 W, San Antonio, TX 78249 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

**Name**      **Email Address**

George Adam Sanford

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 16, 2025 | Form ID: pdf012 | Total Noticed: 4 |

    trustee@mcraneymcraney.com MS18@ecfcbis.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Michael Wayne Lambert trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Jennifer Mcgarrity Lambert trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| JENNIFER MCGARRITY LAMBERT<br>MICHAEL WAYNE LAMBERT, | CASE NO. 25-50559-KMS |
| **DEBTORS.** | CHAPTER 7 |

To:  Security Service Federal Credit Union        Security Service Federal Credit Union
     Attn: Sandra De La Garza                     Attn: Sandra De La Garza
     P.O. Box 691510                              15000 I-10 W
     San Antonio, TX 78269-1510                   San Antonio, TX 78249

### Notice of Deficiency

The *Cover Sheet for Reaffirmation Agreement* ("Cover Sheet") and *Reaffirmation Documents* ("Agreement") (Dkt. #15) between Michael Wayne Lambert ("Joint Debtor") and Security Service Federal Credit Union ("Creditor") filed on May 15, 2025 are defective for the following reason:

- Cover Sheet: No "wet ink" ("original") signature for Sandra Delagarza, Creditor's representative.

- Agreement: No original signatures from the Joint Debtor, Creditor's representative and the debtor's attorney.

A paper document submitted for filing must have the original signatures of all individuals executing the document. Therefore, the Creditor must file an Amended Cover Sheet and Agreement providing the original signatures for all individuals who executed the documents.

Failure to comply with this Notice **on or before May 30, 2025**, may result in a Show Cause Hearing to determine why the Court should not strike the Agreement.

Date: May 16, 2025                           Danny L. Miller
                                             *Clerk of Court*

                                             By: /s/Alexis Bradley
                                                 Dan M. Russell, Jr. U. S. Courthouse
                                                 2012 15th Street, Suite 244
                                                 Gulfport, MS 39501
                                                 228-563-1790