_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| Jennifer Mcgarrity Lambert | CASE NO: 25-50559 KMS |
| Michael Wayne Lambert, | CHAPTER 7 |
| **DEBTORS.** | |

Security Service Federal Credit Union, Creditor
Thomas Carl Rollins, Jr., Esq.
Jennifer Mcgarrity Lambert, Debtor
Michael Wayne Lambert, Joint Debtor

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on July 10, 2025, at 9:00 a.m., in the Dan M. Russell, U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why the reaffirmation agreement with Security Service Federal Credit Union (Dkt. #15) should not be disapproved or denied for failure to comply with the Court's Deficiency Notice (Dkt. #16) issued on May 16, 2025, in the above-styled case.

##END OF ORDER##