

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
   JENNIFER MCGARRITY LAMBERT        CASE NO. 25-50559 KMS
   MICHAEL WAYNE LAMBERT,
                                                                                  CHAPTER 7
            DEBTOR(S).

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #19) entered on June 3, 2025, regarding why the reaffirmation agreement with Security Service Federal Credit Union (Dkt. #15) should not be disapproved or denied for failure to comply with the court's Deficiency Notice (Dkt. #16) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##